# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE B. PENILTON IV, | CV F   05 691 AWI SMS P |
| Plaintiff, | ORDER GRANTING PLAINTIFF TIME TO COMPLY WITH ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND |
| v. | |
| BENTON, et. al., | |
| Defendants. | |

　　Willie B. Penilton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 23, 2005.  On June 24, 2005, Plaintiff filed an Amended Complaint.  On December 19, 2005, Plaintiff submitted a Second Amended Complaint which was lodged with the Court.  The Court examined the Complaint and determined that it was identical to the initial complaint.  Thus, the Clerk of Court was directed to return the lodged Second Amended Complaint to Plaintiff.  Plaintiff's First Amended Complaint was also dismissed with leave to amend, however, Plaintiff did not file a Second Amended Complaint in an attempt to cure the deficiencies outlined by the Court regarding the First Amended Complaint.  Thus, the Court, on March 1, 2006, issued Findings and Recommendations to dismiss the action for Plaintiff's failure to comply with the Court Order.

　　On April 13, 2006, Plaintiff filed Objections to the Findings and Recommendations asking the Court to allow him to proceed with the action.  However, Plaintiff still did not file a

Second Amended Complaint as previously ordered by the Court. The Court will GRANT Plaintiff additional time to submit the Second Amended Complaint as previously ordered within thirty days. The Court will refrain from forwarding this action to the District Court on the previously issued Findings and Recommendation and vacate them should Plaintiff comply. However, should Plaintiff again fail to comply, the Court will refer the Findings and Recommendations to the District Court for resolution.

        Accordingly, the Court HEREBY ORDERS:

1.     Plaintiff is GRANTED thirty days from the date of service of this Order to submit a Second Amended Complaint curing the deficiencies outlined in the Court's Order dismissing with leave to amend issued on January 10, 2006.

IT IS SO ORDERED.

**Dated:**   **April 14, 2006**                     /s/ Sandra M. Snyder
icido3                                        UNITED STATES MAGISTRATE JUDGE