UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE B. PENILTON, IV, | 1:05-cv-00691-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | |
| BENTON, et al., | **ORDER DISMISSING COMPLAINT/ ACTION** (Doc. 13) |
| Defendants. / | |

Plaintiff, Willie B. Penilton, IV ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 1, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. Plaintiff filed Objections to the Findings and Recommendations on April 13, 2006. Based on the Objections, the Magistrate Judge granted Plaintiff additional time to file an Amended Complaint

1

1 and informed Plaintiff that it would vacate the Findings and
2 Recommendations in the event Plaintiff ultimately complied.
3 However, to date, Plaintiff has not submitted an Amended
4 Complaint.
5     Accordingly,  in accordance with the provisions of 28
6 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has
7 conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully
8 reviewed the entire file, the Court finds the Findings and
9 Recommendations to be supported by the record and by proper
10 analysis.
11     Accordingly, IT IS HEREBY ORDERED that:
12     1.   The Findings and Recommendations, filed March 1, 2006,
13 are ADOPTED IN FULL; and,
14     2.   The complaint, and therefore this action, is DISMISSED
15 pursuant to Local Rule 11-110, for plaintiff's failure to obey
16 the court's order of January 10, 2006, failure prosecute the
17 action, and failure to state a claim for relief.

19 IT IS SO ORDERED.
20 **Dated:   June 27, 2006**           **/s/ Anthony W. Ishii**
   0m8i78                               UNITED STATES DISTRICT JUDGE