# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE B. PENILTON, | ) | 1:05cv00691 OWW GSA |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 25) |
| GEORGE G. BENTON, et al., | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Willie B. Penilton is proceeding pro se and in forma pauperis in this civil rights action filed on May 23, 2005.

On February 18, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated February 18, 2009, is ADOPTED IN FULL; and

1

2. The action be DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated: March 27, 2009**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE